HALLBRETT REALTY CORPORATION, Landlord, Respondent, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Tenant, Appellant.— Determination affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse the determination of the Appellate Term and the final order and the judgment of the Municipal Court and to dismiss the petition. [See *post*, p. 978.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPHINE WILLIAMS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES CARUSO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

INTERNATIONAL SPANGLES CORPORATION, Respondent, v. MARROW MANUFACTURING CORPORATION, Appellant.— Determination affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse the determination of the Appellate Term and the judgment of the Municipal Court and to dismiss the complaint. [See *post*, p. 979.]

MILTON J. BACH, as Ancillary Committee of the Estate of WILLIAM NAGLE, an Incompetent, Appellant, v. JOHN NAGLE, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

STEVENS-DAVIS COMPANY, Respondent, v. GENERAL PRINTING INK CORP., Appellant, et al., Impleaded Defendants.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING SHAPIRO, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the evidence was not sufficient to warrant the finding of guilt beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE TRUPPI, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the evidence was not sufficient to warrant the finding of guilt beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 186 RIVERSIDE DRIVE CORPORATION, Appellant-Respondent, v. JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants.— (No. 14709.) Final order entered April 13, 1942, modified by eliminating all provisions for review of the 1932 assessment and by dismissing the proceedings as to that year; and as so modified, affirmed. (*People ex rel. Northchester Corp.* v. *Miller*, 288 N. Y. 163.) The defect being jurisdictional may be raised by an appeal from the final order. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to affirm on the ground that the question presented may only be raised on a direct appeal from the order which allowed the writ to be served *nunc pro tunc* and is not subject to collateral attack. (No. 14710.) Order entered March 9, 1943, so far as appealed from, unanimously modified by granting the motion to strike from the record on appeal an appraisal made by one Victor M. Earle on premises 585 West End Avenue